# IN THE SUPREME COURT OF THE STATE OF NEVADA

JACOB JAMES POOCHIGIAN,
                Appellant,
            vs.
THE STATE OF NEVADA,
                Respondent.

No. 77296

**FILED**

NOV 1 5 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

This court's review of this appeal reveals a jurisdictional defect. The district court entered the judgment of conviction on July 17, 2018. Appellant did not file the notice of appeal, however, until October 25, 2018, well after the expiration of the 30-day jurisdictional appeal period prescribed by NRAP 4(b). Nonetheless, appellant requests this court to entertain the appeal or order appellant's immediate release from custody. This court lacks jurisdiction to entertain an untimely appeal. *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). A claim that appellant was inadequately advised of the right to appeal should be asserted in the district court in the first instance in a post-conviction petition for a writ of habeas corpus. *Id.* Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

18-904607

cc: Hon. Connie J. Steinheimer, District Judge
Jacob James Poochigian
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A